FILED
2005 Aug-18  AM 11:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| DORIS EADS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.01-RRA-1693-J |
| USA HEALTHCARE, INC., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge has entered a report and recommendation recommending that the defendant's motion for summary judgment be granted. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Wherefore, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. Accordingly, the defendant's motion for summary judgment is due to be granted and this action dismissed. An appropriate order will be entered.

DONE this 18th day of August, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE